District Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIRTAN PATEL,<br><br>                         Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES, *et al.*,<br><br>                         Defendants. | Case No. 2:25-cv-00827-JLR<br><br>STIPULATED MOTION TO HOLD<br>CASE IN ABEYANCE AND<br>[PROPOSED] ORDER<br><br>Noted for Consideration:<br>July 7, 2025 |

For good cause, Plaintiff and Defendants, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings until October 20, 2025.  Pro Se Plaintiff brought this litigation pursuant to the Administrative Procedure Act and the Mandamus Act seeking to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his Form I-918, Petition for U Nonimmigrant Status. Defendants' response to the Complaint is currently due on July 8, 2025.  The parties are currently working towards a resolution to this litigation.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997).  "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:25-cv-00827-JLR] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

1  counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ.
2  P. 1.
3      On June 24, 2025, USCIS issued a Request for Evidence ("RFE"). Plaintiff has until
4  September 19, 2025, to submit a response to the RFE. Once Plaintiff has submitted the response,
5  USCIS will need time to review it and continue with processing of his application. Because
6  further litigation may not be necessary after the review is completed, the parties agree that holding
7  this case in abeyance through October 20, 2025, is appropriate. Therefore, the parties believe
8  good cause exists for a stay in these proceedings to save the parties and this Court from spending
9  unnecessary time and judicial resources on this matter.
10     Accordingly, the parties request that the Court hold the case in abeyance until October 20,
11 2025. The parties will submit a joint status report on or before October 20, 2025.
12 //
13
14 //
15
16 //
17
18 //
19
20 //
21
22 //
23
24 //

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:25-cv-00827-JLR] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

1  DATED this 7th day of July, 2025.

2  Respectfully submitted,

3  TEAL LUTHY MILLER
   Acting United States Attorney

4

5  *s/ Michelle R. Lambert*
   MICHELLE R. LAMBERT, NYS #4666657
   Assistant United States Attorney
6  United States Attorney's Office
   Western District of Washington
7  1201 Pacific Avenue, Suite 700
   Tacoma, Washington 98402
8  Phone: (253) 428-3800
   Fax:   (253) 428-3826
9  Email: michelle.lambert@usdoj.gov

10 *Attorneys for Defendants*

11 *I certify that this memorandum contains 292 words, in compliance with the Local Civil Rules.*

12

13 *See PDF for Signature*
   KIRTAN PATEL
   5215 15th Avenue NE, Apt. 21
14 Seattle, Washington 98105
   Phone: 626-354-8355
15 Email:  patelkirtan1999@gmail.com
   *Pro Se Plaintiff*

16

17

18

19

20

21

22

23

24

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:25-cv-00827-JLR] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

# ~~[PROPOSED]~~ ORDER

The case is held in abeyance until October 20, 2025. The parties shall submit a status update on or before October 20, 2025. It is so **ORDERED**.

DATED this 8th day of July, 2025.

_____
JAMES L. ROBART
United States District Judge

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:25-cv-00827-JLR] - 4

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800