District Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIRTAN PATEL,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 2:25-cv-00827-JLR<br><br>STIPULATED MOTION TO DISMISS<br>AND [PROPOSED] ORDER<br><br>Noted for Consideration:<br>November 14, 2025 |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs. Pro Se Plaintiff brought this litigation pursuant to the Administrative Procedure Act and the Mandamus Act seeking to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his Form I-918, Petition for U Nonimmigrant Status. USCIS has adjudicated the application and this case is now moot.

//

//

//

//

STIPULATED MOTION TO DISMISS
[Case No. 2:25-cv-00827-JLR] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

DATED this _____ day of _____

REBECCA S. COHEN
Acting United States Attorney

s/Michelle R. Lambert
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 253-428-3824
Email: michelle.lambert@usdoj.gov
*Attorneys for Defendants*

*I certify that this memorandum contains 77 words, in compliance with the Local Civil Rules.*

_____
KIRTAN PATEL
5215 15th Avenue NE, Apt. 21
Seattle, Washington 98105
Phone: 626-354-8355
Email: patelkirtan1999@gmail.com
*Pro Se Plaintiff*

### [PROPOSED] ORDER

This case is dismissed without prejudice. It is so **ORDERED**.

STIPULATED MOTION TO DISMISS    - 2
Case No. 2:25-cv-827-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# [PROPOSED] ORDER

This case is dismissed without prejudice.  It is so **ORDERED**.

DATED this __14th__ day of __November__, 2025.

                                            _____
                                            JAMES L. ROBART
                                            United States District Judge

STIPULATED MOTION TO DISMISS
[Case No. 2:25-cv-00827-JLR] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee in the Office of the United States Attorney for the Western District of Washington and of such age and discretion as to be competent to serve papers.

I further certify on today's date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to the following CM/ECF participant(s):

- 0 -

I further certify on today's date, I arranged for service of the foregoing on the following non-CM/ECF participant(s), via Certified Mail with return receipt, postage prepaid, addressed as follows:

Kirtan Patel¸ *Pro Se* Plaintiff
5215 15th Ave. NE, Apt. 21
Seattle, WA 98105

DATED this 14th day of November, 2025.

*s/ Stephanie Huerta-Ramirez*
STEPHANIE HUERTA-RAMIREZ, Legal Assistant
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: (206) 553-7970
Fax: (206) 553-4073
Email: Stephanie.Huerta-Ramirez@usdoj.gov

STIPULATED MOTION TO DISMISS
[Case No. 2:25-cv-00827-JLR] - 4

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800